Roy S. Gordet, State Bar No. 103916
Law Office of Roy S. Gordet
235 Westlake Center #452
Daly City, CA 94015
Tel:  (650) 757-6147
Fax: (650) 735-3380
Email roy@copyrightdirection.com

Attorney for Plaintiff American Hometex, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| American Hometex, Inc., <br><br> Plaintiff, <br><br> v. <br><br> LTD Commodities, LLC, <br><br> Defendant. | No.  2:14-cv-01859-MCE-DAD <br><br> REQUEST; ORDER THEREON <br><br> Fed.R.C.P. 41(a)(2) |

REQUEST FOR CONDITIONAL DISMISSAL WITH PREJUDICE AND EVENTUAL UNCONDITIONAL DISMISSAL WITH PREJUDICE AND ORDER THEREON

Plaintiff and Defendant, through their undersigned counsel of record, hereby request of the Court an Order that pursuant to F.R.C.P. 41(a)(2) this action shall be immediately conditionally dismissed with prejudice and eventually dismissed unconditionally with prejudice.

The parties have executed a final settlement agreement. Pursuant to the terms of this settlement agreement, the parties have agreed that the Court immediately issue an Order that this entire action be conditionally dismissed with prejudice while the parties await Defendant LTD's written confirmation by January 7, 2015 of Defendant's complete performance of its obligations

under the September 22, 2014 Settlement Agreement and Mutual Release.

The parties have further agreed in their settlement agreement that the entire action will be unconditionally dismissed with prejudice and removed from the Court's docket on January 9, 2015, unless the Court has been notified by either of the parties that there has been a failure of compliance and that the action should be reinstated to the active docket.

Pursuant further to the aforementioned settlement agreement entered into between the parties, the parties have agreed that the Court shall retain jurisdiction over the parties and the subject matter of this action for one year from September 18, 2014 to resolve any disputes that may arise between the parties.

Dated: October 16, 2014  Respectfully submitted,
LAW OFFICE OF ROY GORDET

/s/___Roy S. Gordet_____

Roy S. Gordet,
Attorney for Plaintiff American Hometex, Inc.

ALTER AND PREECE
Dated: October 16, 2014  /s/ Nora A. Preece
(as authorized on October 16, 2014)

Nora A. Preece
Attorney for Defendant LTD Commodities, LLC
(admitted *pro hac vice*)

**ORDER**

On October 16, 2014, the parties submitted a joint stipulation in which they request that the Court conditionally dismiss this action with prejudice effective immediately and remove the case from the Court's active docket. ECF No. 13. The parties also request that, unless the Court is notified otherwise by authorized counsel by either of the parties, the Court unconditionally

dismiss this action with prejudice on Friday, January 9, 2015. Id. Thereafter, the parties request that the Court retain jurisdiction over the parties and the subject matter of this action until September 18, 2015 to resolve any disputes that may arise.

Upon consideration of the parties' join stipulation, this matter is STAYED until Monday, January 12, 2015. Thereafter, on or before Friday, January 16, 2015, the parties are ORDERED to submit a joint stipulation to dismiss the matter with prejudice accompanied by a proposed order.[1] In the alternative, if it is either party's contention that dismissal without prejudice is not warranted after the automatic lifting of the stay on Monday, January 12, 2015, the parties are ORDERED to submit a Joint Status Report on or before Friday, January 16, 2015 informing the Court of the status of the case and whether further proceedings, if any, are warranted. Failure to comply with this order by failing to submit either a joint stipulation for dismissal or a Joint Status Report on or before Friday, January 16, 2015 may be grounds for the imposition of sanctions on any and all counsel as well as any party or parties who cause non-compliance with this order without any further notice to the parties or counsel.[2]

IT IS SO ORDERED.

Dated:   October 29, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

---

[1] The parties are reminded that pursuant to Local Rule 137(b), in addition to filing the PDF version of the proposed order via the CM/ECF system, they are also required to email the proposed order (in Microsoft Word) to chambers (mceorders@caed.uscourts.gov).

[2] In the event that the parties submit a stipulation dismissing the matter with prejudice, the parties may again request that the Court reserve jurisdiction to enforce the provisions of the parties' settlement agreement and/or resolve any and all disputes arising out of such agreement. However, the parties are cautioned that the Court may only do so to the extent permitted in this Circuit. See Keeling v. Sheet Metal Workers Int'l Ass'n, Local Union 162, 937 F.2d 408, 410 (9th Cir. 1991); compare Delay v. Gordon, 475 F.3d 1039, 1044-45, n. 11 (9th Cir. 2007) with In re Hunter, 66 F.3d 1002, 1006 (9th Cir. 1995).