Roy S. Gordet, State Bar No. 103916
Law Office of Roy S. Gordet
235 Westlake Center #452
Daly City, CA 94015
Tel:  (650) 757-6147
Fax: (650) 735-3380
Email roy@copyrightdirection.com

Attorney for Plaintiff American Hometex, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| American Hometex, Inc.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>LTD Commodities, LLC,<br><br>　　　　　Defendant. | No.  2:14-cv-01859-MCE-DAD<br><br>STIPULATED REQUEST FOR DISMISSAL WITH PREJUDICE AND ORDER THEREON<br><br>Fed.R.C.P. 41(a)(2) |

REQUEST FOR DISMISSAL WITH PREJUDICE AND ORDER

This Stipulated Request for Dismissal with prejudice is further to an Order from this Honorable Court of October 30, 2014 (Document 14 in the Court's Docket).

Plaintiff and Defendant, through their undersigned counsel of record, hereby jointly request an Order that this action be dismissed with prejudice and removed from the Court's Docket.

The parties have further agreed between themselves and do hereby stipulate that this Honorable Court shall retain jurisdiction over the parties and the subject matter of this action for

one year from September 18, 2014 to resolve any disputes that may arise between the parties.

Dated: January 7, 2015

Respectfully submitted,
LAW OFFICE OF ROY GORDET

/s/    Roy S. Gordet

Roy S. Gordet,
Attorney for Plaintiff American Hometex, Inc.

ALTER AND PREECE

Dated: January 7, 2015

/s/ Nora A. Preece
(as authorized on January 7, 2014)

Nora A. Preece
Attorney for Defendant LTD Commodities, LLC
(admitted *pro hac vice*)

## ORDER

Good cause appearing, this entire action is dismissed with prejudice effective immediately and removed from the Court's active docket. Pursuant to the agreement and stipulation of the parties, the Court shall retain jurisdiction over the parties and the subject matter of this action until September 18, 2015 to resolve any disputes that may arise.

IT IS SO ORDERED.

Dated:  January 14, 2015

_____
MORRISON C. ENGLAND, JR, CHIEF JUDGE
UNITED STATES DISTRICT COURT